UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EQUALLOGIC, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CROSSROADS SYSTEMS, INC., and<br>CROSSROADS SYSTEMS (TEXAS),<br>INC.,<br><br>　　　　Defendants. | Civil Action No.: |

## COMPLAINT AND JURY DEMAND

Plaintiff EqualLogic, Inc. ("EqualLogic"), by its attorneys Hamilton, Brook, Smith & Reynolds, P.C., brings this action for a declaratory judgment of patent non-infringement and patent invalidity against Crossroads Systems, Inc. and Crossroads Systems (Texas), Inc. (collectively "Crossroads").

### Parties

1.　　Plaintiff EqualLogic is a leading provider of iSCSI-based, all-inclusive storage area network solutions. EqualLogic is a Delaware corporation with corporate headquarters at 9 Townsend West, Nashua, New Hampshire, 03063.

2.　　On information and belief, Crossroads Systems, Inc. is a Delaware corporation that is in the business of providing computer storage routing devices and services and is regularly and consistently engaging in business in the Commonwealth of Massachusetts. Shares of

Crossroads Systems, Inc. are publicly traded and its corporate headquarters is at 11000 North MoPac Expressway, Austin, Texas, 78759.

3. On information and belief, Crossroads Systems (Texas), Inc. is a Texas corporation that is in the business of providing computer storage routing devices and services and is registered with the Secretary of the Commonwealth of Massachusetts to engage in business in the Commonwealth of Massachusetts. Crossroads Systems (Texas), Inc.'s corporate headquarters is at 11000 North MoPac Expressway, Austin, Texas, 78759. On information and belief, Crossroads Systems (Texas), Inc. and Crossroads Systems, Inc. are the same entity or each is the alter ego of the other.

## Jurisdiction and Venue

4. A dispute has arisen between EqualLogic and Crossroads concerning whether EqualLogic's products infringe certain patents owned by Crossroads, namely U.S. Patent Nos. 5,941,972; 6,425,035; 6,738,854; 6,763,419; and 7,051,147 (the "Crossroads Patents"). (Copies of the Crossroads Patents are attached hereto, respectively as Exhibits 1 through 5). In a number of discussions, and in recent correspondence, Crossroads has accused EqualLogic of infringing the Crossroads Patents, and has threatened litigation against EqualLogic and/or has created a reasonable apprehension of litigation against EqualLogic.

5. This case arises under the patent laws of the United States, 35 U.S.C. § 1 et seq. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338, 2201, and 2202.

6. This Court has personal jurisdiction over both Crossroads Systems, Inc. and Crossroads Systems (Texas), Inc. because (a) at least one of them is a registered foreign corporation with the Secretary of the Commonwealth of the Commonwealth of Massachusetts,

(b) one or both corporations is the alter ego of the other, and (c) both corporations, upon information and belief, regularly and persistently conduct business in the Commonwealth of Massachusetts by, *inter alia*, licensing their patents in the Commonwealth, having a product distribution partner within the Commonwealth, partnering with other businesses within the Commonwealth and regularly deriving substantial revenue from the Commonwealth.

7. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and (c), and 1400(b).

### COUNT I
### Declaratory Judgment of
### Non-Infringement and Invalidity of U.S. Patent No. 5,941,972

8. The allegations of paragraphs 1 through 7 are incorporated by reference into Count I as though fully set forth herein.

9. On information and belief, Defendants are assignees of all rights in U.S. Pat. No. 5,941,972.

10. The products of EqualLogic do not infringe the 5,941,972 Patent, and the 5,941,972 Patent is invalid.

11. There now exists a current and justiciable controversy concerning whether the 5,941,972 Patent is infringed or invalid. EqualLogic thus seeks a declaration from this Court resolving the present controversy.

### COUNT II
### Declaratory Judgment of
### Non-Infringement and Invalidity of U.S. Patent No. 6,425,035

12. The allegations of paragraphs 1 through 11 are incorporated by reference into Count II as though fully set forth herein.

13. On information and belief, Defendants are assignees of all rights in U.S. Pat. No. 6,425,035.

14. The products of EqualLogic do not infringe the 6,425,035 Patent, and the 6,425,035 Patent is invalid.

15. There now exists a current and justiciable controversy concerning whether the 6,425,035 Patent is infringed or invalid. EqualLogic thus seeks a declaration from this Court resolving the present controversy.

## COUNT III
### Declaratory Judgment of
### Non-Infringement and Invalidity of U.S. Patent No. 6,738,854

16. The allegations of paragraphs 1 through 15 are incorporated by reference into Count III as though fully set forth herein.

17. On information and belief, Defendants are assignees of all rights in U.S. Pat. No. 6,738,854.

18. The products of EqualLogic do not infringe the 6,738,854 Patent, and the 6,738,854 Patent is invalid.

19. There now exists a current and justiciable controversy concerning whether the 6,738,854 Patent is infringed or invalid. EqualLogic thus seeks a declaration from this Court resolving the present controversy.

## COUNT IV
### Declaratory Judgment of
### Non-Infringement and Invalidity of U.S. Patent No. 6,763,419

20. The allegations of paragraphs 1 through 19 are incorporated by reference into Count IV as though fully set forth herein.

21. On information and belief, Defendants are assignees of all rights in U.S. Pat. No. 6,763,419.

22. The products of EqualLogic do not infringe the 6,763,419 Patent, and the 6,763,419 Patent is invalid.

23. There now exists a current and justiciable controversy concerning whether the 6,763,419 Patent is infringed or invalid. EqualLogic thus seeks a declaration from this Court resolving the present controversy.

### COUNT V
### Declaratory Judgment of
### Non-Infringement and Invalidity of U.S. Patent No. 7,051,147

24. The allegations of paragraphs 1 through 23 are incorporated by reference into Count V as though fully set forth herein.

25. On information and belief, Defendants are assignees of all rights in U.S. Pat. No. 7,051,147.

26. The products of EqualLogic do not infringe the 7,051,147 Patent, and the 7,051,147 Patent is invalid.

27. There now exists a current and justiciable controversy concerning whether the 7,051,147 Patent is infringed or invalid. EqualLogic thus seeks a declaration from this Court resolving the present controversy.

### REQUEST FOR RELIEF

WHEREFORE, EqualLogic prays for judgment against Crossroads as follows:

(a) Declaring that U.S. Patent Nos. 5,941,972, 6,425,035, 6,738,854, 6,763,419, and 7,051,147 are not infringed by EqualLogic's products, and are invalid; and

(b)  Granting EqualLogic such other relief as the Court deems just and equitable, including its attorneys' fees, costs and expenses of this action.

### DEMAND FOR JURY TRIAL

EqualLogic demands a trial by jury on all issues so triable.

Respectfully Submitted,
EqualLogic, Inc.

By its Attorneys,

*[signature]*

David J. Thibodeau, Jr. (BBO# 547,554)
Colin C. Durham (BBO# 652,484)
HAMILTON, BROOK, SMITH & REYNOLDS, P.C.
530 Virginia Road, P.O. Box 9133
Concord, Massachusetts 01742-9133
Phone: (978) 341-0036
Fax:   (978) 341-0136

August 21, 2006

644361_1.DOC