UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EQUALLOGIC, INC.,

    Plaintiff,

v.

CROSSROADS SYSTEMS, INC., and
CROSSROADS SYSTEMS (TEXAS),
INC.,

    Defendants.

Civil Action No: 06-11478-EFH

## JOINT MOTION FOR CONTINUANCE
## OF INITIAL SCHEDULING CONFERENCE

The parties hereby move jointly for a sixty (60) day Continuance of the Initial Scheduling Conference currently scheduled for November 15, 2006. This Continuance is requested so that the parties may further their discussions of possible settlement of the present dispute.

Respectfully submitted,

| | |
|---|---|
| CROSSROADS SYSTEMS, INC. AND<br>CROSSROADS SYSTEMS (TEXAS), INC. | EQUALLOGIC, INC. |
| By their Attorneys,<br>*/s/ Bruce E. Falby*<br>Bruce E. Falby (BBO No. 544,143)<br>DLA PIPER US LLP<br>33 Arch Street, 26th Floor<br>Boston, Massachusetts 02110-1447<br>Telephone: (617) 406-6000<br>Facsimile: (617) 406-6100 | By its Attorneys,<br>*/s/ David J. Thibodeau*<br>David J. Thibodeau, Jr. (BBO No. 547,554)<br>Colin C. Durham (BBO No. 652,484)<br>Giovanna H. Fessenden (BBO No. 654,681)<br>HAMILTON, BROOK, SMITH & REYNOLDS, P.C.<br>530 Virginia Road<br>P.O. Box 9133<br>Concord, Massachusetts 01742-9133<br>Telephone: (978) 341-0036<br>Facsimile: (978) 341-0136 |

October 9, 2006

654075