UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EQUALLOGIC, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CROSSROADS SYSTEMS, INC., and CROSSROADS SYSTEMS (TEXAS), INC.,<br><br>Defendants. | Civil Action No: 06-11478-EFH |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby stipulate that each of the Plaintiff's claims and each of the Defendants' counterclaims is dismissed without prejudice.  Each party will bear its own costs, fees, and expenses.

|  |  Respectfully submitted, |
|---|---|
| CROSSROADS SYSTEMS, INC. AND CROSSROADS SYSTEMS (TEXAS), INC. | EQUALLOGIC, INC. |
| By their Attorneys, | By its Attorneys, |
| /s/ Bruce E. Falby<br>Bruce E. Falby (BBO No. 544,143)<br>DLA PIPER US LLP<br>33 Arch Street, 26th Floor<br>Boston, Massachusetts 02110-1447<br>Telephone:  (617) 406-6000<br><br>John M. Guaragna (TX Bar No. 24043308)<br>DLA Piper US LLP<br>1221 South MoPac Expressway, Suite 400<br>Austin, Texas  78746-6875<br>Telephone:  (512) 457-7000 | /s/ David J. Thibodeau<br>Brian T. Moriarty (BBO No. 665,995)<br>David J. Thibodeau, Jr. (BBO No. 547,554)<br>Giovanna H. Fessenden (BBO No. 654681)<br>HAMILTON, BROOK, SMITH & REYNOLDS, P.C.<br>530 Virginia Road<br>P.O. Box 9133<br>Concord, Massachusetts 01742-9133<br>Telephone:  (978) 341-0036 |

DATED:  April 19, 2007

720124